CAREY D. EBERT, CHAPTER 13 TRUSTEE, Standing Chapter 13

Date:  January 08, 2016

Check No. 2132817

Check Amount:  $143.75

## NOTICE TO DEPOSIT UNCLAIMED FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 10-42563-R | 00000 | COREY LOUIS CANDELA | 0 | XXXXX9594 | 143.75 | 0.00 | 143.75 |
| | | Original check written to: | | | | | |
| | | COREY LOUIS CANDELA | | | | | |
| | | 10847 HAVERSHAM DRIVE | | | | | |
| | | FRISCO, TX 75075 | | | | | |
| | | | **TOTALS** | | **$143.75** | **$0.00** | **$143.75** |